IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | UNDER SEAL |
| | ) | (Pursuant to Local Rule 49(G)) |
| v. | ) | |
| | ) | CRIMINAL NO. 1:15-CR-352 |
| CURTIS JORDAN DOTSON | ) | |
| | ) | Count 1: |
| Defendant. | ) | Conspiracy to Distribute Controlled Substances |
| | ) | 21 U.S.C. §§ 841(a)(1), 846 |
| | ) | |

ORDER TO SEAL

The UNITED STATES, pursuant to Local Rule 49(G) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved to seal the entire case in this matter; and

The COURT, having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation and threaten the government's ability locate and arrest additional targets involved in the conspiracy; and having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in concluding the investigation; and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that this case in its entirety, together with the Motion to Seal and this Order be sealed until the further Order of the Court.

Date: _____
      Alexandria, Virginia

_____
Hon. Anthony J. Trenga
United States District Judge