

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | UNDER SEAL |
| | ) | |
| v. | ) | CRIMINAL NO. 1:15-cr-352 |
| | ) | |
| CURTIS JORDAN DOTSON, | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF FACTS

Were this matter to go to trial, the United States of America would prove the following beyond a reasonable doubt:

1. From in and around late 2014 and continuing through on or about May 15, 2015, in the Eastern District of Virginia and elsewhere, the defendant, CURTIS JORDAN DOTSON, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together and with other persons to unlawfully, knowingly and intentionally distribute methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

2. During the relevant time period, CURTIS JORDAN DOTSON obtained up to multiple-ounce quantities of pure methamphetamine from sources of supply for further distribution in the Eastern District of Virginia and elsewhere. Many of the people to whom the defendant sold would further re-distribute the drug.

1

3. CURTIS JORDAN DOTSON and other co-conspirators arranged for the narcotics to be shipped via various mailing services, including Federal Express, to him at various locations in the Washington, D.C. area.

4. On May 15, 2015, law enforcement intercepted a package being delivered to CURTIS JORDAN DOTSON containing approximately two (2) pounds of crystal methamphetamine. The package passed through a shipping facility located at Dulles International Airport, within the Eastern District of Virginia.

5. During the course and in furtherance of his participation in the conspiracy, CURTIS JORDAN DOTSON was personally involved in the distribution of, or it was foreseeable to him that his co-conspirators would distribute at least 500 grams but not more than 1.5 kilograms of methamphetamine (actual).

6. The acts described above were done willfully and knowingly and with the specific intent to violate the law, and not by accident, mistake, inadvertence, or other innocent reason. This Statement of Facts does not contain each and every fact known to the defendant and to the United States concerning the defendant's and others' involvement in the charges set forth in the plea agreement.

7. The Statement of Facts shall be admissible as a knowing and voluntary confession in any proceeding against the defendant regardless of whether the plea agreement is presented to or accepted by a court. Moreover, the defendant waives any rights that the defendant may have under Fed. R. Crim. P. 11(f), Fed. R. Evid. 410, the United States Constitution, and any federal statute or rule in objecting to the admissibility of the Statement of Facts in any such proceeding.

Respectfully submitted,

Dana J. Boente
United States Attorney

By:

Jennifer Clarke (LT)
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700 (phone)
(703) 299-3980 (fax)
Jennifer.clarke@usdoj.gov

3

## Defendant's Stipulation and Signature

After consulting with my attorney, I hereby stipulate that the above Statement of Facts is true and accurate, and that and the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
CURTIS JORDAN DOTSON
Defendant

## Defense Counsel's Signature

I am the attorney for CURTIS JORDAN DOTSON. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is informed and voluntary.

_____
Charles Hatley, Esq.
Defense Counsel

4