IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:15-cr-352-AJT |
| | ) | |
| CURTIS JORDAN DOTSON, | ) | UNDER SEAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

The Court has received a letter from Curtis Jordan Dotson (the "defendant"), which it

will construe as a Motion for Miscellaneous Relief [Doc. No. 22], wherein defendant requests

that this Court recommend confinement at a facility with access to vocational programs.

Following the sentencing of this defendant on June 21, 2016, the Court made the following

recommendation in conjunction with the Judgment entered in this case:

1) that the defendant be designated to a facility that provides inmate occupational
   training in the field of Cosmetology and/or a facility as close to North Central
   Texas as possible, if available and appropriate.

[Doc. No. 19]. Based on this prior recommendation, the Court finds that granting any further

relief on this matter would be duplicative and unnecessary. Accordingly, it is hereby

ORDERED that defendant's Motion for Miscellaneous Relief [Doc. No. 22] be, and the

same hereby is, DENIED as moot.

The Clerk is directed to forward copies of this Order to all counsel of record and the

defendant at the address listed in the case file.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
July 11, 2016