DEAR JUDGE TRENGA, AUG - 8 2016 8·3·16

1115-CR-352

Hi, it's me AGAIN. I have written prosecutor miss PATRICIA GILES And touching base with you As well. MISS GILES last words before I left the courtroom were MR. DOTSON, no need to worry, I never forget a Rule 35. I wrote her to Apologize, I felt maybe she felt offended. When you asked her how long before she granted it she said she would be wrapping it up soon.

I am here At bastrop camp where they do not offer A single program or online courses. The only way to TRANSFER is RDAP because they do not offer that either. I was hoping to go to maxwell where they offer a vocational BARBERING program and a paralegal program as well as RDAP. the Psychologist put me on the list for RDAP. I am concerned i'll be transferred and in the middle of RDAP when im pulled to APPEAR for RULE 35. I Am also Reaching out to help me get out of A place where im just sitting wasting time doing nothing toward reentry. Yes my family is close however education to me is most important.

Maxwell is my 1st choice

TEXARCANA which is a few hrs from here is 2nd. It offers RDAP and programs, not the

programs Im interested in like maxwell
however anything is better than nothing.

Please look into both of these for me.
I would greatly Appreciate It.
 I APPEARED before you on June 20, 2016
my name is Curtis Dotson D.O.B 08.16.1977

It would be much easier to be At A
facility that offered Education that I
can consume my time with Than sit Around
being called A faggot daily with nothing to
take my mind off of it. Please
understand.

Curtis Dotson
#88000083