

RECEIVED
MAILROOM

AUG 3 0 2016

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

8-22-2016

Judge Trenga

My name is Curtis Dotson. I was sentenced in your courtroom on June 21st to a sentence of 84 months. DUring my appearance the downward departure was denied from the Prosecutor Miss GIles however she stated that a rule 35 would be issued. when you questined her about the time frame she said she can not state exactly how long it would take only that it would be shortly after. Miss Giles last words to me as I was walking out of the courtroom with my attorney were "Mr. Dotson, do not worry, I never forget a Rule 35." While I absolutely am grateful to have her word which I do believe that she will keep, I am writing in hopes that you may look into the status of this for me.

You made a reccomendation of RDAP for me which I am thankful for. Once Miss Giles grants the time reduction to my sentence I will then be at the time frame needed to be transferred to a facility that offers this program and many other things that would be beneficial for my reentry into society. I have been placed on the interview for RDAP list but my case manager said that it will not take place until I am closer to my release. I feel very optomistic about my transfer to RDAP but she stated that the first thing I were to do was reah out to you and your office for the neccessary help to get the proccess underway. It is then that she can do the rest on her end.

I apologize if it seems I am bugging to much. I realize I should have faith that my attorney is handling this however I have yet to hear anything from him even after requesting that my paperwork from sentencing be sent to me.

Thank You For Your Time,

Federal Correctional Institution
Name: CURTIS DIXON
Register No: 88060-083
PO Box 629
Bastrop, TX 78602

⇔88060-083⇔
Honorable Judge Trenga
401 Courthouse SQ
Alexandria, VA 22314
United States

22314-570499

