Hi there Judge Trenga and Clerk,                    1:15-CR-352

I hope all is well when you receive this letter. I am just touc-
hing base with you about my case. I am trying not to be a pest
but its been about 2 months since my last letter and I hadnt
heard anything back so I thought I would try to reach out again.
I had reached out to the prosecutor as well Miss Giles and my
attorney had done the same with no luck in hearing back.

I am touching base on the Rule 35 that Miss Giles had promised me
she wouldnt forget. She stated that she never forgets one, her
exact words being "Mr. Dotson, dont worry I never forget a Rule
35. I apologize, she didnt promise, she just stated that its neve
forgotten. When your honor questioned her about how long it would
take she stated it wouldnt be long at all. It has been 4 months
since I have been sentenced and my case manager is waiting on
word so that I can begin RDAP program. I have to be under a time
fram of time left in my sentence before they will admit me to it.

If you could please just find time in your busy schedule to check
on this for me I would appreciate it. I trhought it best to reach
out to you again rather than Miss Giles as I do not want to upset
her by her thinking that I am being a pest.

                              Respectfully Signed,
                              Curtis Jordan Dotson


RECEIVED
MAILROOM

NOV - 3 2016

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

Federal Correctional Institution
Name: Curtis Dotson
Register No. 88060-083
PO Box 629
Bastrop, TX 78602

AUSTIN TX 787
RIO GRANDE DISTRICT
31 OCT 2016 PM 5 L

USA·OREVER

◇88060-083◇
Honorable Judge Trenga
401 Courthouse SQ
Alexandria, VA 22314
United States

22314-570499

LEGAL MAIL