# United States District Court

EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA 22314-5799

CHAMBERS OF
ANTHONY J. TRENGA
UNITED STATES DISTRICT JUDGE

TELEPHONE (703) 299 - 2113
FACSIMILE (703) 299 - 2203

November 7, 2016

Federal Correctional Institution
ATTN:  Curtis Jordan Dotson
Register No. 88060-083
P.O. Box 629
Bastrop, TX  78602

Dear Mr. Dotson:

I have received your letter dated November 3, 2016, again raising the prospect of a Rule 35 Motion.  Whether and when a motion under Rule 35 is filed is within the sole discretion of the U.S. Attorney's Office.  For that reason, the Court is not in a position to take any action until such a motion is filed.

Regards,

Anthony J. Trenga

cc:     Patricia Giles, Counsel for the Gov't
        Charles Hatley, Counsel for the Deft