IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| In re:  Sealed Cases Report | )<br>)<br>) | **UNDER SEAL** |

## ORDER

It appearing to the Court that in order to adequately consider whether those criminal matters listed in the attached list, currently under seal, should remain under seal, the Court should receive the views of the U.S. Attorney's Office, the United States Attorney's Office is directed to review the attached list and advise the undersigned within 30 days as to which cases should remain sealed, and the reasons that justify their remaining under seal.

The Clerk is directed to forward a copy of this Order to Daniel Grooms, Criminal Division Chief, United States Attorney's Office.

Entered this 11th day of January, 2017.

Alexandria, Virginia

/s/
Anthony J. Trenga
United States District Judge