Honrable Judge Trengas office

After sending out my last letter to you requesting assistance in transgender services I have already recieved some beginning steps for the next step of the process in obtsaining what I am asking for as far as assistanc goes.

The next thing I am requesting is for information on who my prosecutor is currently. I have sent a few letters to Patricia Giles however I have learned from someone who also was charged on a conspiracy charge in your courtroom and having Miss Giles as the prosector that she is no longe working as the ADA for the courts.

I am in the process of trying to find another attorney to petition the District Attortneys office regarding the Rule 35 that I was assured I would be granted by first Jennifer Clark and then when Miss Giles took over I was again assured (not promised) that it would not be forgotten however its a concern because I am now on the 3rd ADA another individual whom had nothing to do with my case, as was the same with Miss Giles, however she still turned out to be very kind and seemingly a person of her word. Derrick Caballero who I am doing time with here was given a 40 month sentence on the same charge. His lawyer has informed me that I need to petition for my rule 35 before time runs out however my attorney after recieving full payment has instructed me that he is finished with services for me, of course this was not the case until after he recieved final payment.
Nathan Griffin, one of the largest distributors in Virgina who also happened to be the one person that Tom and Tom (dea) were most interested in catching was arrested at a hotel simply because after being asked to get involed with him I went undercover to meet up with him while it was recorde in my pcket on more than one occassion. After his main runner pulled a gun on me I was still encouraged to seek him out ( prior to this I had nothing to do with him for that reason).. After time and learning about things I called Tom and Tehn Kendra (dea) late one night and said Damon Woods and Nathan Griffen were at a hotel staying there and I informed the dea that it was because they were having their drugs shipped to the hotel fron desk. The arrest was made shortly after that and it was found to be true. This is just one of the many ways I helped out when asked. I know this is up to the DA office to make the call but please your honor help look into this as the DA has changed over several times and time is running out.
Thank you for your time
Respectfully Signed
Curtis Dotson

FEB – 2 2017

CLERK, U.S. DIST. COURT
ALEXANDRIA, VA

1:15CR-252

#88060-083

Federal Correctional Institution
Name: Curtis Dotson
Register No: 88060-083
P.O. Box 629
Bastrop, TX 78602

AUSTIN TX 787
RIO GRANDE DISTRICT
30 JAN 2017 PM 4 L

USA

⇔88060-083⇔
Honorable Judge Trenga
401 Courthouse SQ
Alexandria, VA 22314
United States

22314-570499

LEGAL MAIL