# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | | |
|---|---|---|
| In re: Sealed Case Report | ) | 1:15CR352 |
| *United States v. Curtis Dotson* | ) | |
| | ) | The Honorable Anthony J. Trenga |
| | ) | |
| | ) | **UNDER SEAL** |

## ORDER

By the Government's response to this Court's Order dated January 11, 2017, and for good cause shown, it is hereby

**ORDERED** that the case of *United States v. Curtis Dotson*, 1:15CR352, remain under seal:

**IT IS SO ORDERED.**

ENTERED this *13* day of February, 2017.
Alexandria, Virginia

_____
Anthony J. Trenga
United States District Judge

_____
The Honorable Anthony J. Trenga
United States District Court Judge