FILED

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA

Alexandria Division

SEP -5 P 12: 32

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 1:15CR352 |
| v. | The Honorable Anthony J. Trenga |
| CURTIS JORDAN DOTSON,<br>Defendant. | **UNDER SEAL** |

### Praecipe

To the Clerk of Court,

Please note the appearance of Hanover Law as counsel of record for the Defendant in the above captioned matter, and further that Christian Fernandez takes responsibility for this case.

Date: September 5, 2018

Respectfully Submitted,

Christian R. Fernandez
Virginia Bar # 88457
Hanover Law, P.C.
2751 Prosperity Avenue, Suite 150
Fairfax, Virginia 22031
T: (703) 663-8153
F: (360) 294-2165
E: cfernandez@hanoverlawpc.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5 day of September 2018 the foregoing was served via facsimile transmission and first-class mail, postage prepaid, on:

Patricia T. Giles
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Fax:

and further, a copy was sent via email to:

William Byerly
U.S. Probation Officer

Christian R. Fernandez