# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CURTIS DOTSON,<br><br>Defendant. | **UNDER SEAL**<br><br>Case No. 1:15-CR-352 (AJT) |

## **ORDER**

This matter having come before the Court on the United States' motion to unseal the record in the above-captioned matter, and the Court having concluded that the United States has shown good cause therefor, it is hereby

ORDERED that the record in the above-captioned matter are hereby unsealed.

SO ORDERED:

DATE: 02/28/2019

Anthony J. Trenga
United States District Judge

3