CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2019 SEP -6 PM 2:30

DEPUTY CLERK

**Transfer of Jurisdiction**

| | | |
|---|---|---|
| | | **Case Number (Trans. Court)**<br>1:15-CR-00352-001 |
| | | **Case Number (Rec. Court)** |

| Name Of Probationer/Supervised Releasee<br>**Curtis Jordan Dotson** | District<br>**Eastern District of Virginia** | Division<br>**Alexandria Division** |
|---|---|---|
| | Name of Sentencing Judge<br>Anthony J. Trenga | |
| | Dates Of Probation/<br>Supervised Release | From<br>June 18, 2019 | To<br>June 17, 2022 |

Offense
Conspiracy To Distribute Methamphetamine, 21 U.S.C. § 846

**3=19CR-433-N**

## PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. District Court For The **Eastern District of Virginia, Alexandria Division**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Northern District of Texas, Dallas Division, upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

08/15/2019
_____
Date

Anthony J. Trenga
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

U.S. District Court For The **Northern District of Texas, Dallas Division**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 6, 2019
_____
Effective Date

U.S. District Judge