# U.S. District Court
## Eastern District of Virginia – (Alexandria)
## CRIMINAL DOCKET FOR CASE #: <u>1:15–cr–00352–AJT</u> All Defendants

Case title: USA v. Dotson

Date Filed: 12/07/2015
Date Terminated: 06/21/2016

Assigned to: District Judge
Anthony J Trenga

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Curtis Jordan Dotson**<br>*TERMINATED: 06/21/2016* | represented by | **Cadence Mertz**<br>Office of the Federal Public Defender (Alexandria)<br>1650 King St<br>Suite 500<br>Alexandria, VA 22314<br>703–600–0800<br>Email: <u>cadence_mertz@fd.org</u><br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender*<br><br>**Charles David Hatley**<br>Cordell and Cordell<br>8280 Willow Oaks Corporate Dr<br>Suite 600<br>Fairfax, VA 22031<br>571–765–6240<br>Email: <u>hatleycharles@gmail.com</u><br>*TERMINATED: 06/10/2016*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Christian Ricardo Fernandez**<br>Patrick N. Anderson and Associates PC<br>333 N. Fairfax St<br>Suite 310<br>Alexandria, VA 22314<br>703–519–7100<br>Email: <u>cfernandez@pnalaw.com</u><br>*TERMINATED: 03/13/2019*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Stephen Salwierak**<br>Hanover Law PC |

888 16th Street, NW
Suite 800
Washington, DC 20006
703–402–2723
Fax: 360–294–2165
Email: stephensalwierak@hanoverlawpc.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21 U.S.C. §846 Conspiracy to Distribute Methamphetamine (actual) (Schedule II) (1) | BOP for 84 months w/credit for time served; 3 years supervised release w/special conditions; $100 s/a |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

USA      represented by   **Jennifer Clarke**
US Attorney's Office (Alexandria–NA)
2100 Jamieson Avenue
Alexandria, VA 22314
**NA**
703–299–3700
Email: jennifer.clarke@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

**Patricia T. Giles**
United States Attorney's Office
2100 Jamieson Ave
Alexandria, VA 22314

(703)299−3700
Email: Patricia.Giles@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/07/2015 | 2 | | MOTION to Seal Case by USA as to Curtis Jordan Dotson. (lbru, ) (Additional attachment(s) added on 12/8/2015: # 1 Proposed Order) (lbru, ). (Entered: 12/08/2015) |
| 12/08/2015 | 3 | | ORDER granting 2 Motion to Seal Case as to Curtis Jordan Dotson (1). Signed by District Judge Anthony J Trenga on 12/08/2015. (lbru, ) (Entered: 12/08/2015) |
| 12/08/2015 | | | **PLEA AGREEMENT HEARING** set for 12/17/2015 at 09:30 AM in Alexandria Courtroom 701 before District Judge Anthony J Trenga. (jall) (Entered: 12/08/2015) |
| 12/17/2015 | 4 | | Minute Entry for proceedings held before District Judge Anthony J Trenga: Docket Call as to Curtis Jordan Dotson held on 12/17/2015. USA appeared through; Jennifer Clarke. Deft. appeared through; Charles Hatley. This matter came on for a Pre−Indictment Plea Hearing, originally set for 9:30 a.m. The deft. did not appear. Court continues this matter to 12:00 p.m. Plea Agreement Hearing reset for 12/17/2015 at 12:00 PM in Alexandria Courtroom 701 before District Judge Anthony J Trenga. (Court Reporter R. Wilson.) (jall) (Entered: 12/17/2015) |
| 12/17/2015 | 5 | | Redacted Criminal Case Cover Sheet. (jall) (Entered: 12/17/2015) |
| 12/17/2015 | 6 | | WAIVER OF INDICTMENT by Curtis Jordan Dotson. (jall) (Entered: 12/17/2015) |
| 12/17/2015 | 7 | 7 | INFORMATION as to Curtis Jordan Dotson (1) Count 1. (jall) (Entered: 12/17/2015) |
| 12/17/2015 | 8 | | Minute Entry for proceedings held before District Judge Anthony J Trenga: Plea Agreement Hearing as to Curtis Jordan Dotson held on 12/17/2015. USA appeared through; Jennifer Clarke. Deft. appeared w/Counsel; Charles Hatley. The deft. waived his right to Indictment, was FA and PG to Count 1 of the Criminal Information. Court accepts plea. Deft. directed to USPO for PSIR. **SENTENCING** set for 3/25/2016 at 09:00 AM in Alexandria Courtroom 701 before District Judge Anthony J Trenga. The govt. requests remand. Def. argues. The Court finds no exceptional circumstance to release the deft. The deft. is remanded to the custody of the USMS pending sentencing. (Court Reporter R. Wilson.) (jall) (Entered: 12/17/2015) |
| 12/17/2015 | 9 | | PLEA AGREEMENT as to Curtis Jordan Dotson. (jall) (Entered: 12/17/2015) |

| | | | |
|---|---|---|---|
| 12/17/2015 | 10 | | STATEMENT OF FACTS as to Curtis Jordan Dotson. (jall) (Entered: 12/17/2015) |
| 01/07/2016 | 11 | | NOTICE OF ATTORNEY APPEARANCE Patricia T. Giles appearing for USA. (krob, ) (Entered: 01/07/2016) |
| 03/16/2016 | 12 | | ORDER as to Curtis Jordan Dotson: IT IS HEREBY ORDERED that the sentencing hearing of Defendant Curtis Jordan Dotson, currently scheduled for March 25, 2016 at 9:00 a.m., be and the same hereby is, CONTINUED to June 10, 2016 at 9:00 a.m. Signed by District Judge Anthony J Trenga on 3/16/2016. (jall)(c/s to atty Steve Salwierak) Modified on 3/16/2016 (jall, ). (Entered: 03/16/2016) |
| 03/16/2016 | | | **SENTENCING** reset for 6/10/2016 at 9:00 AM in Alexandria Courtroom 701 before District Judge Anthony J Trenga. (jall) (Entered: 03/16/2016) |
| 06/03/2016 | 13 | | Under Seal Position filed by the USA (lbru, ) (Entered: 06/06/2016) |
| 06/10/2016 | 14 | | NOTICE OF ATTORNEY APPEARANCE: Stephen Salwierak appearing for Curtis Jordan Dotson. (jall) (Entered: 06/10/2016) |
| 06/10/2016 | 15 | | Minute Entry for proceedings held before District Judge Anthony J Trenga: Under Seal Docket Call as to Curtis Jordan Dotson held on 6/10/2016. This matter came on for an Under Seal Sentencing. The Def. Counsel requests that this matter be continued. He advised the Court that he was just recently given this case and has not filed his position. The Court grants the Def. request and continues this matter for Sentencing to 6/21/2016 at 10:00 a.m. **SENTENCING** reset for 6/21/2016 at 10:00 AM in Alexandria Courtroom 701 before District Judge Anthony J Trenga. Deft. remanded. (Court Reporter R. Wilson.)(jall, ) (Entered: 06/10/2016) |
| 06/10/2016 | 16 | | ORDER as to Curtis Jordan Dotson: Upon consideration of the representations of counsel and for the reasons stated in open court, it is hereby ORDERED that the sentencing hearing in this matter be, and the same hereby is, CONTINUED to Tuesday, June 21, 2016 at 10:00 a.m. Signed by District Judge Anthony J Trenga on 6/10/2016. (jall) (Entered: 06/10/2016) |
| 06/21/2016 | 17 | | Under Seal Position filed by Curtis Jordan Dotson (lbru, ) (Entered: 06/21/2016) |
| 06/21/2016 | 18 | | Minute Entry for proceedings held before District Judge Anthony J Trenga: Under Seal Sentencing held on 6/21/2016 for Curtis Jordan Dotson (1), Count 1. USA appeared through; Patricia Giles. Deft. appeared w/Counsel; Stephen Salwierak. Court adopts PSI w/out exceptions. The Def. addresses 2 matters that are in the PSI that he requests be corrected. On pg. 15, 59 sentence #4, the deft. denies this allegation. On pg. 16 67–68, the deft. states that he completed residential treatment in 2007, not 2008 as noted in both paragraphs. The Court advised that the correction on pg. 16 67 68 will be corrected to reflect the year 2007. The |

| | | | |
|---|---|---|---|
| | | | Court also advised that on pg. 15, 59 sentence #4 will be stricken. The Def. has no other objections. The govt. has no objections to the PSI. The Def. requests a downward departure due to the deft.s substantial assistance, his timely acceptance and other factors. The govt. advised the Court that their investigation is still ongoing. Def. requests that the deft. be placed in a facility that provides inmate occupational training. The Court instructed Counsel to research which facilities offer vocational training in Cosmetology and file something in writing so the Court may address it. Def. also requests a designation in a facility close to N. Central Texas and to participate in RDAP. For the reasons stated in open court and the §3553 factors, the Court imposed a sentence below the g/l. The Court recommends that the deft. be designated to a facility that provides inmate occupational training in the field of Cosmetology and/or a facility close to N. Central Texas, if available and appropriate. The Court also recommends that the deft. be evaluated and if appropriate, participate in RDAP. The Court advised the deft. that he needs to affirmatively apply to the program once he arrives at his designated facility. A Consent Order of Forfeiture entered in open court. JUDGMENT; BOP for 84 months w/credit for time served; 3 years supervised release w/special conditions; $100 s/a. Deft. remanded. (Court Reporter R. Montgomery.) (jall) (Entered: 06/21/2016) |
| 06/21/2016 | 19 | 8 | JUDGMENT as to Curtis Jordan Dotson (1), Count 1, BOP for 84 months w/credit for time served; 3 years supervised release w/special conditions; $100 s/a. Signed by District Judge Anthony J Trenga on 6/21/2016. (jall) (Entered: 06/21/2016) |
| 06/21/2016 | 20 | | Sealed Statement of Reasons as to Curtis Jordan Dotson. (jall) (Entered: 06/21/2016) |
| 06/21/2016 | 21 | | CONSENT ORDER OF FORFEITURE as to Curtis Jordan Dotson. Signed by District Judge Anthony J Trenga on 6/21/2016. (jall) (Entered: 06/21/2016) |
| 06/29/2016 | 22 | | Letter to the Court from Curtis Dotson (Attachments: # 1 Envelope) (lbru, ) (Entered: 07/07/2016) |
| 07/11/2016 | 23 | | Sealed Order as to Curtis Jordan Dotson. Signed by District Judge Anthony J Trenga on 07/11/2016.(c/s) (lbru, ) (Entered: 07/11/2016) |
| 08/08/2016 | 24 | | Letter to the Court from Curtis Jordan Dotson (lbru, ) (Entered: 08/31/2016) |
| 08/30/2016 | 25 | | Letter to the Court from Curtis Dotson (lbru, ) (Entered: 08/31/2016) |
| 11/03/2016 | 26 | | Letter to the court from Curtis Jordan Dotson. (krob, ) (Entered: 11/07/2016) |
| 11/07/2016 | 27 | | Letter from the Court to Curtis Jordan Dotson. (krob, ) (Entered: 11/07/2016) |
| 01/11/2017 | 28 | | ORDERED that the United States Attorney's Office is directed to review this case and advise the undersigned within 30 days whether this case should remain sealed, and the reasons that justify it remaining under seal. Signed by District Judge Anthony J Trenga on 1/11/17. (krob) (Entered: 01/17/2017) |
| 02/03/2017 | 29 | | Sealed Letter (lcre, ) (Entered: 02/03/2017) |

| | | | |
|---|---|---|---|
| 02/13/2017 | 30 | | RESPONSE and MOTION to maintain seal by USA as to Curtis Jordan Dotson. (Attachments: # 1 Proposed Order)(krob, ) (Entered: 02/13/2017) |
| 02/13/2017 | 31 | | ORDER granting 30 Motion Remain Under Seal as to Curtis Jordan Dotson (1). Signed by District Judge Anthony J Trenga on 2/13/17. (lcre, ) (Entered: 02/13/2017) |
| 10/30/2017 | 32 | | Under Seal Letter (Attachments: # 1 Envelope)(lcre, ) (Entered: 11/03/2017) |
| 09/05/2018 | 33 | | NOTICE OF ATTORNEY APPEARANCE: Christian Ricardo Fernandez appearing for Curtis Jordan Dotson (aott) (Entered: 09/05/2018) |
| 10/12/2018 | 34 | | MOTION for Substitution of Counsel by Curtis Jordan Dotson. (Attachments: # 1 Proposed Order)(lcre, ) (Entered: 10/12/2018) |
| 02/26/2019 | 35 | | MOTION for Limited Unsealing of Record by USA as to Curtis Jordan Dotson. (Attachments: # 1 Proposed Order)(dest, ) (Entered: 02/27/2019) |
| 02/28/2019 | 36 | | ORDER granting 35 Motion for Limited Unsealing of Record as to Curtis Jordan Dotson (1). Signed by District Judge Anthony J Trenga on 2/28/2019. (dest, ) (Entered: 02/28/2019) |
| 02/28/2019 | | | Case unsealed as to Curtis Jordan Dotson (dest, ) (Entered: 02/28/2019) |
| 03/13/2019 | 37 | | Sealed Order as to Curtis Jordan Dotson. Signed by District Judge Anthony J Trenga on 3/13/2019. (lcre, ) (Entered: 03/14/2019) |
| 05/28/2019 | 38 | | Sealed Pleading. (dest, ) (Entered: 05/28/2019) |
| 05/30/2019 | 39 | | Sealed Order. Signed by District Judge Anthony J Trenga on 5/30/2019. (dest, ) (Entered: 05/30/2019) |
| 06/05/2019 | 40 | | Response to 38 Sealed Pleading filed by USA (dest, ) (Entered: 06/05/2019) |
| 06/14/2019 | 41 | | Sealed Order. Signed by District Judge Anthony J Trenga on 6/14/2019. (dest, ) (Entered: 06/14/2019) |
| 10/21/2019 | 42 | 14 | Probation Jurisdiction Transferred to United States District Court for the Norther District of Texas, Dallas Division as to Curtis Jordan Dotson Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (dest, ) (Entered: 10/21/2019) |



FILED
IN OPEN COURT

DEC 17 . 0

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | UNDER SEAL |
| | ) | |
| v. | ) | CRIMINAL NO. 1:15-CR-352 |
| | ) | |
| CURTIS JORDAN DOTSON, | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

Between in and around 2014 and continuing through on or about May 15, 2015, in the

Eastern District of Virginia and elsewhere, the defendant, CURTIS JORDAN DOTSON, did

unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with other

persons, both known and unknown, to unlawfully, knowingly, and intentionally distribute

methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United

States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846.)

Respectfully submitted,

Dana J. Boente
United States Attorney

Jennifer A. Clarke (LT)
Special Assistant United States Attorney

AO 245B (Rev. 09/11)(VAED rev. 2) Sheet 1 - Judgment in a Criminal Case



# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
### Alexandria Division

UNITED STATES OF AMERICA

v.

Case Number:    1:15-CR-00352-001

Curtis Jordan Dotson

USM Number:  88060-083

Defendant's Attorney:   Stephen Salwierak, Esquire

Defendant.

## JUDGMENT IN A CRIMINAL CASE

The defendant pleaded guilty to Count 1 of the Criminal Information.

Accordingly, the defendant is adjudicated guilty of the following counts involving the indicated offenses.

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| 21 U.S.C. §846 | Conspiracy to Distribute Methamphetamine (Schedule II) | Felony | 5-15-2015 | 1 |

As pronounced on June 21, 2016, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Signed this 21st day of June, 2016.

_____
Anthony J. Trenga
United States District Judge

**Defendant's Name:** Dotson, Curtis Jordan
**Case Number:** 1:15-CR-00352-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of EIGHTY-FOUR (84) MONTHS, with credit for time served.

The Court makes the following recommendations to the Bureau of Prisons:

    1) that the defendant be designated to a facility that provides inmate occupational training in the field of Cosmetology and/or a facility as close to North Central Texas as possible, if available and appropriate.

    2) that the defendant be evaluated and if appropriate, participate in the BOP 500 Hour Residential Drug Abuse Treatment Program (RDAP).

The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows: _____

_____

Defendant delivered on _____ to_____

at_____, with a certified copy of this Judgment.

 

                                                    _____
                                                    UNITED STATES MARSHAL

By                    _____
                                                    DEPUTY UNITED STATES MARSHAL

Defendant's Name:     Dotson, Curtis Jordan
Case Number:          1:15-CR-00352-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of THREE (3) YEARS.

The Probation Office shall provide the defendant with a copy of the standard conditions and any special conditions of Supervised Release.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and periodic drug tests thereafter, as determined by the court.

The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or restitution obligation, it is a condition of Supervised Release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

# STANDARD CONDITIONS OF SUPERVISION

The defendant shall comply with the standard conditions that have been adopted by this court set forth below:
1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer for a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 09/11)(VAED rev. 2) Judgment in a Criminal Case
Sheet 3A -- Supervised Release

| Defendant's Name: | Dotson, Curtis Jordan |
|---|---|
| Case Number: | 1:15-CR-00352-001 |

# SPECIAL CONDITIONS OF SUPERVISION

While on Supervised Release pursuant to this Judgment, the defendant shall also comply with the following additional special conditions:

1) The defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial costs to be paid by the defendant, all as directed by the probation officer.

2) The defendant shall participate in a program approved by the United States Probation Office for mental health treatment. The costs of these programs are to be paid by the defendant as directed by the Probation Officer.

USCA4 11

| Defendant's Name: | Dotson, Curtis Jordan |
|---|---|
| Case Number: | 1:15-CR-00352-001 |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| | Count | Assessment | Fine | Restitution |
|---|---|---|---|---|
| | 1 | $100.00 | $0.00 | $0.00 |
| TOTALS: | | $100.00 | $0.00 | $0.00 |

## FINES

No fines have been imposed in this case.

USCA4  12

AO 245B (Rev. 09/11) (VAED rev. 2) Judgment in a Criminal Case
Sheet 6 – Schedule of Payments

Defendant's Name: **Dotson, Curtis Jordan**
Case Number: **1:15-CR-00352-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

The special assessment shall be due in full immediately.

The defendant shall forfeit the defendant's interest in the following property to the United States:

SEE Consent Order of Forfeiture entered by the Court on June 21, 2016.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed. Payments shall be applied in the following order: (1) assessment (2) restitution principal (3) restitution interest (4) fine principal (5) fine interest (6) community restitution (7) penalties and (8) costs, including cost of prosecution and court costs.

Nothing in the court's order shall prohibit the collection of any judgment, fine, or special assessment by the United States.

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

| | | Case Number (Trans. Court) |
|---|---|---|
| **Transfer of Jurisdiction** | 2019 SEP -6  PM 2: 30 | 1:15-CR-00352-001 |
| | DEPUTY CLERK | Case Number (Rec. Court) |

| Name Of Probationer/Supervised Releasee | District | Division |
|---|---|---|
| **Curtis Jordan Dotson** | Eastern District of Virginia | Alexandria Division |

| | Name of Sentencing Judge |
|---|---|
| | Anthony J. Trenga |

| Dates Of Probation/ Supervised Release | From June 18, 2019 | To June 17, 2022 |
|---|---|---|

**Offense**
Conspiracy To Distribute Methamphetamine, 21 U.S.C. § 846    **3=19CR-433-N**

## PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. District Court For The **Eastern District of Virginia, Alexandria Division**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Northern District of Texas, Dallas Division, upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

08/15/2019
_____
Date

_____
Anthony J. Trenga
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

U.S. District Court For The **Northern District of Texas, Dallas Division**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 6, 2019
_____
Effective Date

_____
U.S. District Judge